**Alfonso ACOSTA–GRIMALDO,
Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney
General, Respondent.**

No. 06–60011.

United States Court of Appeals,
Fifth Circuit.

May 11, 2007.

Lisa S. Brodyaga, Refugio De Rio Grande, San Benito, TX, for Petitioner.

Thomas Ward Hussey, Director, John Clifford Cunningham, Luis Enrique Perez, U.S. Department of Justice Office of Immigration Litigation, Linda Susan Wendtland, U.S. Department of Justice Civil Division Immigration Litigation, Bryan Stuart Beier, U.S. Department of Homeland Security, Washington, DC, E.M. Trominski, District Director, U.S. Immigration & Naturalization Service District Directors Office, Harlingen, TX, Caryl G. Thompson, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

---

PER CURIAM: *

The Supreme Court vacated the judgment in this case and remanded it to this court to reconsider in the light of *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006). As urged by the parties, and in accordance with our decision in *United States v. Estrada–Mendoza,* 475 F.3d 258 (5th Cir.2007), we **REMAND** to the Board of Immigration Appeals for further proceedings consistent with *Lopez* and *Estrada–Mendoza.*

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.